AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Ken Lee

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:06-M-43M

I, KEN LEE, charged in a (complaint) (petition) pending in this District with Attempting to get on aircraft with concealed weapon in violation of Title 49, U.S.C., § 46505(b)(1), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Ken W. Lee
*Defendant*

May 1, 2006
*Date*

Robert B. Mann
*Counsel for Defendant*