UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 1:06-M-43M |
| | ) | |
| KEN W. LEE | ) | |

# MOTION FOR PERMISSION TO TRANSFER FIREARMS AND AMMUNITION

Now comes the defendant and moves for permission to transfer all firearms and ammunition presently owned by the defendant to Pierre St. John, Jr., as set forth in the attached affidavit of Pierre St. John. Jr. In support of said motion the defense submits the attached memorandum of law and a redacted copy of a declaration under penalty of perjury of Pierre St. John, Jr.

## CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount. The Defendant would suggest and agree that the period of time extend through the resolution of any pretrial motions which are filed.

There has been no previous delay related to the subject matter of this motion.

KEN W. LEE
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Lee Vilker, Esq., at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 24th day of May, 2006.