UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 1:06-M-43M |
| | ) | |
| KEN W. LEE | ) | |

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR PERMISSION TO TRANSFER
FIREARMS AND AMMUNITION

One of the conditions of the defendant's release was that he surrender all firearms to law enforcement. The defendant now seeks Court permission to transfer the ownership of said firearms and ammunition. In addition to taking ownership of said items away from the defendant, this proposed action would relieve the defendant of the obligation to pay for the storage of said items.

KEN W. LEE
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Lee Vilker, Esq., at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 24th day of May, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 1:06-M-43M |
| | ) | |
| KEN W. LEE | ) | |

**DECLARATION UNDER PENALTY OF PERJURY**

I, PIERRE ST. JOHN, Jr. depose and say:

1) I reside at Spencer, Massachusetts, 01562.

2) I understand certain guns and ammunition presently owned by Ken W. Lee are going to be transferred to me, which items are set forth in the attached list.

3) If I become the owner of said guns and ammunition formerly belonging to Ken W. Lee, I will not transfer them back to him or allow him to possess or use said guns or ammunition.

Pursuant to 28 U.S.C. section 1746, I declare under penalty that the forgoing is true and correct and I understand that a false statement will subject me to penalties for perjury.

Dated: 5-17-06    Sign: Pierre C St John
Pierre St. John

**VILLAGE VAULT**

7 Belmont Street Northboro, MA 01532
Phone (508) 898-9100 ♦ Fax (508) 898-3835
www.villagevault.com

KEN WING LEE

HOLDEN, MA 01520

5/4/2006

In accordance with Massachusetts General Law Chapter 140 Section 129D the HOLDEN POLICE DEPARTMENT has surrendered your firearms to a bonded warehouse located at 7 Belmont Street, Northboro, MA 01532.

A formal inventory including the make, model, serial number and the condition of each firearm and accessories is enclosed.

**Storage Terms**

1. 50 cents per stored item per day - Storage fee payable in full every 30 days.
2. Handling fee - $15.00 per item
3. Transfer fee - $20.00 per gun to any valid firearms licensee
4. Administration fee - $45.00
5. Firearms may be sold at auction in order to satisfy unpaid administrative, storage and transfer fees.

**Payment**

Firearms will not be released until all unpaid administrative, storage and transfer fees are paid in full. No personal checks accepted.

**Options**

*You may at **ANY TIME** transfer or sell your firearms to a firearms dealer or a properly licensed individual.

*If your firearms license has been suspended and has been **REINSTATED** you may redeem your firearms with (1) your valid firearms license and (2) a confirmation letter from **BOTH** the court and your local Police Chief.

Requests for appointments and consultation regarding the above matter may be made in writing or by telephone.

Fully Licensed cCopyright 1998 Village Gun Shop, Inc. Bonded & Insured

# VILLAGE VAULT

7 Belmont Street Northboro, MA 01532
Phone (508) 898-9100 ♦ Fax (508) 898-3835

*Receipt No:* 2526 | **Page 1 of 3** | *Date:* 5/4/2006

**>WE DO NOT TAKE EVIDENCE GUNS.<**

| *Police Department:* | |
|---|---|
| HOLDEN POLICE DEPARTMENT | |
| 1420 MAIN STREET | |
| HOLDEN | MA 01520 |
| *Witness:* | |
| SGT | REGELE |

| *Owner:* | | |
|---|---|---|
| KEN | WING LEE | |
| | | |
| HOLDEN | MA 01520 | |
| *Long Guns:* 3 | *Handguns:* 4 | *Total Items:* 12 |

| *No.* | *L.* | *H.* | *Make:* | *Model:* | *Cal.* | *SN.* |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | REMINGTON | 870 | 12 | B894058M |

| *BBL:* | *Stock L.* | *Stock R.* |
|---|---|---|
| GOOD | GOOD | GOOD |

| *Forearm:* | *Receiver:* | *Accessories:* |
|---|---|---|
| GOOD | GOOD | |

| *No.* | *L.* | *H.* | *Make:* | *Model:* | *Cal.* | *SN.* |
|---|---|---|---|---|---|---|
| 2 | 1 | 0 | RUGER | 10-22 | 22 | 115-65412 |

| *BBL:* | *Stock L.* | *Stock R.* |
|---|---|---|
| GOOD | GOOD | GOOD |

| *Forearm:* | *Receiver:* | *Accessories:* |
|---|---|---|
| GOOD | GOOD | SOFT CASE |

| *No.* | *L.* | *H.* | *Make:* | *Model:* | *Cal.* | *SN.* |
|---|---|---|---|---|---|---|
| 3 | 0 | 1 | HK | USP | 40 | 22-41763 |

| *BBL:* | *Stock L.* | *Stock R.* |
|---|---|---|
| GOOD | GOOD | GOOD |

| *Forearm:* | *Receiver:* | *Accessories:* |
|---|---|---|
| GOOD | GOOD | HARD CASE |

Fully Licensed cCopyright 1998 Village Gun Shop, Inc. Bonded and Insured

Receipt No: 2526 | Page 2 of 3 | Date: 5/4/2006

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 4 | 0 | 1 | HK | USP | 40 | 26-003792 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| GOOD | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | | HARD CASE |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 5 | 0 | 1 | HI STANDARD | SUPERMATIC | 22 | ML02762 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| GOOD | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | GOOD | SOFT CASE |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 6 | 0 | 1 | BROWNING | P-35 | 9MM | 76C-12226 |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| GOOD | GOOD | GOOD |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| GOOD | GOOD | SOFT CASE |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 7 | 1 | 0 | CROSSMAN | POWERMASTER 66 | BB | |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| | | |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 8 | 0 | 0 | | | | |

| BBL: | Stock L. | Stock R. |
|---|---|---|
| | | |

| Forearm: | Receiver: | Accessories: |
|---|---|---|
| | | STIC AMMO BOX, ASST PISTOL, SHOTGUN AN |

| Receipt No: | | Date: |
|---|---|---|
| 2526 | Page 3 of 3 | 5/4/2006 |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 9 | 0 | 0 | | | | |
| BBL: | | | | Stock L. | Stock R. | |
| Forearm: | Receiver: | | | Accessories: PLASTIC BOX, PISTOL SHOTGUN AMMO | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 10 | 0 | 0 | | | | |
| BBL: | | | | Stock L. | Stock R. | |
| Forearm: | Receiver: | | | Accessories: PLASTIC BOX PISTOL, SHOTGUNAMMO | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 11 | 0 | 0 | | | | |
| BBL: | | | | Stock L. | Stock R. | |
| Forearm: | Receiver: | | | Accessories: PLASTIC BOX PISTOL, SHOTGUN AMMO | | |

| No. | L. | H. | Make: | Model: | Cal. | SN. |
|---|---|---|---|---|---|---|
| 12 | 0 | 0 | | | | |
| BBL: | | | | Stock L. | Stock R. | |
| Forearm: | Receiver: | | | Accessories: CASE FEDERAL 12GA AMMO | | |

 cCopyright 1998 Village Gun Shop, Inc.