IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | 1:06-M-43M |
| | : | |
| | : | |
| KEN W. LEE | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR PERMISSION TO TRANSFER FIREARMS AND AMMUNITION

Now comes the United States of America by and through its attorneys and hereby avers that it does not object to defendant's motion to transfer firearms and ammunition owned by the defendant to Pierre St. John, Jr.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,
ROBERT CLARK CORRENTE
United States Attorney

Lee Vilker

LEE H. VILKER
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on the 24th day of May 2006, a copy of the within Government's Response was mailed by regular mail, postage pre-paid, to:

Robert B. Mann, Esquire
501 Turks Head Place
Providence, RI 02903