**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA :
:
v. : Criminal No. 1:06-M-43M
:
:
KEN LEE :

**MOTION TO CONTINUE PROCEEDINGS**

Now comes the United States, by its attorneys, and, for the reasons stated in the attached Memorandum of Law, moves that the proceedings in the above-captioned matter be continued for a period of sixty days, in order to evaluate whether the defendant should be placed into a pretrial diversion program. The defendant, through counsel, consents to this Motion.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

Lee Vilker

Lee H. Vilker
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2006, I served a copy of the within Government's Motion To Continue Proceedings by mailing same, postage prepaid, to:

Robert B. Mann, Esquire
501 Turks Head Place
Providence, RI 02903

Maureen Legault
Supervisor, Pretrial Services Unit
U.S. Probation Office
Providence, Rhode Island 02903

K Anderson

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA :
:
v. : Criminal No. 1:06-M-43M
:
:
KEN W. LEE :

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CONTINUE PROCEEDINGS**

The United States has moved that the proceedings in the above-captioned matter be continued for a period of sixty days, in order to evaluate whether the defendant should be placed into a pretrial diversion program.

As stated in the U.S. Attorney's Manual, §9-22.000, "pretrial diversion (PTD) is an alternative to prosecution which seeks to divert certain offenders from traditional criminal justice processing into a program of supervision and services administered by the U.S. Probation Service...." Participants who successfully complete the program will not be charged or, if charged, will have the charges against them dismissed; unsuccessful participants are returned for prosecution.

The major objectives of pretrial diversion are:

- To prevent future criminal activity among certain offenders by diverting them from traditional processing into community supervision and services.
- To provide, where appropriate, a vehicle for restitution to communities and victims of crime.
- To save prosecutive and judicial resources for concentration on major cases."

After reviewing this case, the government has determined that the defendant is at least preliminarily eligible for pretrial diversion, and that diversion may be a just manner of disposing of this case. However, before he can enter a full-fledged diversion program, Probation must undertake an investigation to determine whether or not such a course is advisable. The government has referred this matter to the chief pretrial services officer. Probation has informed the government that it needs up to sixty days to perform the preliminary investigation.

The government therefore requests that the proceedings scheduled in the above captioned matter be continued until August 8, 2006.

The government and defense counsel have communicated about this matter, and defense counsel has indicated (1) the defendant wishes to be placed in pretrial diversion; and (2) the defendant consents to the granting of this Motion.

Should the Court grant this Motion, the government further asks this Court to find that any period of continuance granted by the Court be excludable time under 18 U.S.C. §3161(h)(1)(I)(consideration of plea agreement); §3161(h)(2)(deferral of prosecution to allow defendant to

demonstrate good conduct); and §3161(h)(8)(ends of justice outweigh the interest in speedy trial).

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

Lee Vilker

Lee H. Vilker
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2006, I served a copy of the within Government's Memorandum of Law in Support of Motion To Continue Proceedings by mailing same, postage prepaid, to:

Robert B. Mann, Esquire
501 Turks Head Place
Providence, RI 02903

Maureen Legault
Supervisor, Pretrial Services Unit
U.S. Probation Office
Providence, Rhode Island 02903

K Anderson