FILED

JUN 08 '06

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Criminal No. 1:06-M-43M
:
:
KEN LEE :

# MOTION TO CONTINUE PROCEEDINGS

Now comes the United States, by its attorneys, and, for the reasons stated in the attached Memorandum of Law, moves that the proceedings in the above-captioned matter be continued for a period of sixty days, in order to evaluate whether the defendant should be placed into a pretrial diversion program. The defendant, through counsel, consents to this Motion.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

Lee Vilker

Lee H. Vilker
Assistant U.S. Attorney

GRANTED.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
June 12, 2006

RECEIVED

JUN 09 2006

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND