**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:06-M-43M |
| | : | |
| | : | |
| KEN W. LEE | : | |

**MOTION TO CONTINUE PROCEEDINGS**

Now comes the United States, by its attorneys, and, for the reasons stated in the attached Memorandum of Law, moves that the proceedings in the above-captioned matter be continued for a period of four months, in order to allow the defendant to comply with a pretrial diversion agreement. The defendant, through counsel, consents to this Motion.

The four-month continuance period would be excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(I) (consideration of plea agreement); §3161(h)(2) (deferral of prosecution to allow defendant to demonstrate good conduct); and §3161(h)(8)(ends of justice outweigh the interest in speedy trial).

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

/s/Lee H. Vilker
Lee H. Vilker
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza 8th Fl.
Providence, RI 02903
(401)709-5000
(401)709-5001 (Fax)
email:lee.vilker@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2006, I caused the within Motion To Continue Proceedings to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Robert B. Mann, Esquire
501 Turks Head Place
Providence, RI 02903

I further certify that a copy was mailed via regular mail to:

Maureen Legault
Supervisor, Pretrial Services Unit
U.S. Probation
West Pavilion Building
36 Exchange Terrace, 3rd Floor
Providence, Rhode Island 02903

/s/Lee H. Vilker
Lee H. Vilker
Assistant U.S. Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:06-M-43M |
| | : | |
| | : | |
| KEN W. LEE | : | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CONTINUE PROCEEDINGS**

The United States has moved that the trial in the above-captioned matter be continued for a period of four months, in order to allow the defendant to enter a Pretrial Diversion Program.

As stated in the U.S. Attorney's Manual, §9-22.000, "pretrial diversion (PTD) is an alternative to prosecution which seeks to divert certain offenders from traditional criminal justice processing into a program of supervision and services administered by the U.S. Probation Service.... Participants who successfully complete the program will not be charged or, if charged, will have the charges against them dismissed; unsuccessful participants are returned for prosecution.

The major objectives of pretrial diversion are:

- To prevent future criminal activity among certain offenders by diverting them from traditional processing into community supervision and services.

- To provide, where appropriate, a vehicle for restitution to communities and victims of crime.

- To save prosecutive and judicial resources for concentration on major cases."

After a review by U.S. Probation, the parties, including the Chief Probation Officer, have entered into a Pretrial Diversion Agreement (the Agreement). The Agreement is attached as Exhibit 1. The essential components of that agreement are as follows:

1. prosecution of the case will be deferred for a period of four months;

2. during that period, the defendant will follow a diversion program prescribed by Probation;

3. if the defendant successfully completes the program prescribed by Probation, and does not violate any of the conditions of the Agreement, the government will move to dismiss the above-captioned complaint;

4. should the defendant violate any of the terms of the Agreement, the government may, upon notice, reinstitute prosecution of the matter.

The government believes that it is in the interests of justice to give the defendant, who has no prior criminal record, an opportunity to demonstrate (1) that the offense committed here was an aberration, and (2) by his good conduct that he will not commit any further offenses in the future.

Should the Court grant this Motion, the government further asks this Court to find that any period of continuance granted by the Court be excludable time under 18 U.S.C. §3161(h)(1)(I) (consideration of plea agreement); §3161(h)(2) (deferral of

prosecution to allow defendant to demonstrate good conduct); and §3161(h)(8) (ends of justice outweigh the interest in speedy trial).

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

/s/Lee H. Vilker
Lee H. Vilker
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza 8th Fl.
Providence, RI 02903
(401)709-5000
(401)709-5001 (Fax)
email:lee.vilker@usdoj.gov

CERTIFICATE OF SERVICE

_____I hereby certify that on this 14th day of August, 2006, I cause the within Government's Memorandum of Law in Support of Motion to Continue Proceedings to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically

Robert B. Mann, Esquire
501 Turks Head Place
Providence, RI 02903

I further certify that a copy was mailed via regular mail to:

Maureen Legault
Supervisor, Pretrial Services Unit
U.S. Probation
West Pavilion Building
36 Exchange Terrace, 3rd Floor
Providence, Rhode Island 02903

/s/Lee H. Vilker
Lee H. Vilker
Assistant U.S Attorney