**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA :
:
v. : Criminal No. 1:06-M-43M
:
:
KEN W. LEE :

**MOTION TO CONTINUE PROCEEDINGS**

Now comes the United States, by its attorneys, and, for the reasons stated in the attached Memorandum of Law, moves that the proceedings in the above-captioned matter be continued for a period of four months, in order to allow the defendant to comply with a pretrial diversion agreement. The defendant, through counsel, consents to this Motion.

The four-month continuance period would be excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(I) (consideration of plea agreement); §3161(h)(2) (deferral of prosecution to allow defendant to demonstrate good conduct); and §3161(h)(8)(ends of justice outweigh the interest in speedy trial).

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

/s/Lee H. Vilker
Lee H. Vilker
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza 8th Fl.
Providence, RI 02903
(401)709-5000
(401)709-5001 (Fax)
email:lee.vilker@usdoj.gov

GRANTED.

DAVID L. MARTIN
United States Magistrate Judge
August 16, 2006