**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA :
:
v. : Criminal No. 1:06-M-43M
:
:
KEN W. LEE :

**MOTION TO DISMISS**

Now comes the United States, by its attorneys, and moves to dismiss the above complaint for the following reasons:

1. On August 7, 2006, the defendant and the government entered into a Pretrial Diversion Agreement (the "agreement"). That agreement obligated the defendant to be under the supervision of, and in a program administered by, U.S. Probation. The agreement obligated the defendant to participate in this program of supervision for four months.

2. For its part, the government promised the defendant that "[a]fter successfully completing your diversion program and fulfilling all the terms and conditions of the Agreement, no prosecution for the offense set out on page 1 of this Agreement will be instituted in this District, and the charges against you, if any, will be dismissed." This Motion is filed pursuant to that promise.

3. This Court postponed all proceedings in this case in order to give the defendant the opportunity to successfully complete the diversion program.

4. The Probation Department has advised this office that the defendant has successfully completed the diversion program in accordance with the agreement.

5. Accordingly, because the defendant has fulfilled the requirements of the diversion program, the government moves to dismiss the above complaint.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

/s/Lee H. Vilker
Lee H. Vilker
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Fl.
Providence, RI 02903
(401)709-5000
(401)709-5001(Fax)
e-mail:lee.vilker@usdoj.gov

CERTIFICATE OF SERVICE

_____I hereby certify that on this 13th day of December, 2006, I electronically served a copy of the within Government's Motion To Dismiss to:

Robert B. Mann, Esquire
501 Turks Head Place
Providence, R.I. 02903

Heather McLoughlin
U.S. Probation Officer
West Pavilion Building
36 Exchange Terrace, 3rd Floor
Providence, Rhode Island 02903

/s/Lee H. Vilker
Lee H. Vilker
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Fl.
Providence, RI 02903
(401)709-5000
(401)709-5001(Fax)
e-mail:lee.vilker@usdoj.gov