**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:06-M-43M |
| | : | |
| | : | |
| KEN W. LEE | : | |

**MOTION TO DISMISS**

Now comes the United States, by its attorneys, and moves to dismiss the above complaint for the following reasons:

1. On August 7, 2006, the defendant and the government entered into a Pretrial Diversion Agreement (the "agreement"). That agreement obligated the defendant to be under the supervision of, and in a program administered by, U.S. Probation. The agreement obligated the defendant to participate in this program of supervision for four months.

2. For its part, the government promised the defendant that "[a]fter successfully completing your diversion program and fulfilling all the terms and conditions of the Agreement, no prosecution for the offense set out on page 1 of this Agreement will be instituted in this District, and the charges against you, if any, will be dismissed." This Motion is filed pursuant to that promise.

3. This Court postponed all proceedings in this case in order to give the defendant the opportunity to successfully complete the diversion program.

Granted.
David L. Martin
USMJ 12-14-06