UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 1:06-M-43M |
| | ) | |
| KEN W. LEE | ) | |

<u>MOTION FOR RETURN OF PASSPORT</u>

Now comes the defendant and moves to for the return of his passport. In support of said motion, the defendant submits the attached memorandum of law.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

The defense does not believe that this post-plea motion is governed by 18 U.S.C. §3161(h).

KEN W. LEE
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 6th day of February, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Lee Vilker, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 1:06-M-43M |
| | ) | |
| KEN W. LEE | ) | |

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR RETURN OF PASSPORT

This case has been closed. The Defendant respectfully requests the return of his passport which was posted as a condition of his release.

KEN W. LEE
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 6th day of February, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Lee Vilker, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net